Walter R. Dahl, CSB No. 102186
**DAHL LAW**
8757 Auburn Folsom Rd, #2820
Granite Bay CA 95746-2820
O:      (916) 764-8800
F:      (916) 741-3346
E:      wdahl@DahlLaw.net

Chapter 7 Trustee

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **Pinnacle Foods of California, LLC,** | Dist. Ct. Case No.: 1:25-cv-0132-JLT |
| Appellant, | Date:      No Hearing Required |
| v. | Time:      n/a |
| | Judge:     Thurston |
| **Popeyes Louisiana Kitchen, Inc.** | Ct. Rm.:   4 |
| | Place:     2500 Tulare St |
| Appellee. | Fresno CA 93721 |
| In Re: | Bkcy Ct. Case No.:  24-11015-B-7 |
| Pinnacle Foods of California, LLC, a California limited liability company, | |
| 764 P. St., Ste. 105, Fresno, CA 93721 TIN: 83-2101611 | |
| Debtor(s). | |

**ORDER DISMISSING
APPEAL OF ORDER DENYING MOTION FOR
RECONSIDERATION OF ORDER DENYING MOTION TO ASSUME
FRANCHISE AGREEMENTS WITH POPEYE'S LOUISIANA KITCHEN, INC.
FED. R. BANKR. P. 8023(a)**

The Court has considered Stipulation for Dismissal of Order Denying Motion for Reconsideration of Order Denying Motion to Assume Franchise Agreements with Popeye's Louisiana Kitchen, Inc. between Walter R. Dahl, Chapter 7 Trustee ("Trustee")

appointed in the Chapter 7 case of Pinnacle Foods of California, LLC [Case No. 24-11015-B-7] and in the two related cases filed simultaneously [*In re* Tyco Group, LLC; Case No. 24-11016-B-7, and *In re* California QSR Management, Inc.; Case No. 24-11017-B-7], and Popeyes Louisiana Kitchen, Inc. ("PLK").

Good cause appearing, **IT IS HEREBY ORDERED**:

1. This appeal is dismissed;

2. Each party shall bear its own costs expended in the prosecution of this appeal;

3. Nothing in this Order shall prevent either party from seeking, in the underlying Bankruptcy Court having jurisdiction of the Pinnacle, Tyco, and California QSR Chapter 7 cases,  recovery of its attorneys fees incurred in the prosecution or defense of this appeal.

IT IS SO ORDERED.

Dated: March 24, 2026

JENNIFER L. THURSTON
U.S. District Judge